**Motion Granted; Order filed October 4, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00683-CV**
**NO. 14-12-00702-CV**

_____

**WASHINGTON SQUARE FINANCIAL, L.L.C. D/B/A IMPERIAL STRUCTURED SETTLEMENTS, Appellant**

**V.**

**RSL FUNDING, LLC, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-49166**

## ORDER

On July 20, 2012, Washington Square Financial filed a notice of appeal from the judgment signed June 29, 2012, and the appeal was assigned to this court under our appellate number 14-12-00683-CV. On July 27, 2012, RSL Funding filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00702-CV. On September 26, 2012, RSL Funding filed an unopposed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00683-CV and 14-12-00702-CV **CONSOLIDATED.** The existing filing deadlines in case number 14-12-00683-CV will apply to both cases. All documents filed in the consolidated appeals shall be filed under case number 14-12-00683-CV.


PER CURIAM